JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES R. MCNEES, in his individual and representative capacity as trustee;<br>DEL TACO LLC, a California Limited Liability Company; and Does 1-10<br><br>　　　　　Defendants. | Case: 8:16-CV-01985-DFM<br><br>**ORDER** |

The entire case is hereby ordered dismissed without prejudice.

Dated: November 7, 2016　　　　　_____
　　　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　United States Magistrate Court Judge

1

Notice for Dismissal　　　　　Case: 8:16-CV-01985-DFM